IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., et al.<br>  v.<br>ANNORA PHARMA PRIVATE LTD. and HETERO USA INC. | )<br>)<br>)  Civil Action No.<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: January 9, 2020

Date of Expiration of Patent: April 3, 2034

Thirty Month Stay Deadline: February 1, 2022

| | |
|---|---|
| 2/25/2020 | /s/ Brian P. Egan |
| Date | Attorney(s) for Plaintiff |